# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**EDWARD WILLIAMS**                                           **PLAINTIFF**

v.                              No. 3:18-CV68-DPM

**MAGNESS OIL COMPANY**                                       **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 3 January 2020 to enforce the parties' settlement agreement.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2019